United States District Court
Southern District of Texas
**ENTERED**
February 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| REBECCA GUTIERREZ | § § § | |
| VS. | § § § | CIVIL ACTION NO. 2 : 15cv445 |
| D L TRANSPORT, INC. AND PINK MARRION PIERCY | § § | "JURY TRIAL" |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day Plaintiff, Rebecca Gutierrez, and Defendants, D L Transport, Inc. and Pink Marrion Piercy, appeared and announced to the Court that all claims asserted or which could have been asserted in this lawsuit have been compromised and settled to Plaintiff's satisfaction; and that therefore Plaintiff no longer desires to prosecute this action.

It is accordingly, ORDERED, ADJUDGED, and DECREED as follows:

1. That all of the claims which Plaintiff has asserted or which may have been asserted, as set forth in the Settlement Agreement and Release against these Defendants are hereby DISMISSED WITH PREJUDICE to Plaintiff's rights to assert them before this or any other Court;

2. Taxable costs of Court to be borne by PARTY incurring same;

3. That all relief not herein specifically granted is DENIED.

Signed on this the _____ day of 2/3/16 _____, 2016.

_____
Judge Presiding